UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE DELAGUA Y CULEBRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H. LONGIA, M.D., et al.,<br><br>　　　　Defendants. | 1:15-cv-00214-DAD-EPG-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED FOR FAILURE TO STATE A CLAIM UNDER SECTION 1983<br><br>OBJECTIONS, IF ANY, DUE WITHIN THIRTY DAYS<br><br>(ECF No. 1.) |

　　　Jorge Delagua Y Culebro ("Plaintiff"), a former state prisoner, is proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on February 9, 2015.  (ECF No. 1.)  In the Complaint, Plaintiff claims that various defendants denied him medical care in the form of a surgery due to degenerative condition of Plaintiff's vertebrae.

　　　The Court screened the Complaint and found that Plaintiff failed to state any claims upon which relief can be granted under § 1983.  On March 30, 2016, the Court issued an order for Plaintiff to either file an amended complaint or notify the Court that he stands on the Complaint as filed, subject to recommendation of dismissal, within thirty days.  (ECF No. 10.) The Court's order provided an explanation of the relevant law to inform the Plaintiff should he desire to file an amended Complaint.

The thirty-day deadline has passed, and Plaintiff has not filed an amended complaint, submitted a notice to the Court, or otherwise responded to the Court's order. (Court Record.) As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Therefore, **IT IS HEREBY RECOMMENDED** that pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action be dismissed with prejudice for failure to state a claim upon which relief may be granted under § 1983, and that this dismissal be subject to the "three-Strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, 658 F.3d 1090, 1098 (9th Cir. 2011).

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **thirty (30) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **August 16, 2016**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE